# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| SAMSONICO USA LLC<br>P. O. Box 284<br>Higden, AZ 72067 | Christmas Tree Shops LLC | 2/24/2023 | $102,469.84 | Vendors |
| Total | | | $102,469.84 | |

4933-5742-9827.1 57097.001