# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, et al.,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC et al.,<br><br>                Plaintiff,<br><br>v.<br><br>SAMSONICO USA LLC,<br><br>                Defendant. | Adv. Proc. No. 25-50861-TMH<br><br>**Re: Docket No. 9** |

## CERTIFICATE OF SERVICE

I, Scott J. Leonhardt, hereby certify that I caused a true and correct copy of the *Answer to Amended Complaint* filed on August 23, 2025 [D.I. 9] to be served upon all counsel of record via the Court's CM/ECF system.

Dated: August 26, 2025　　　　　　　　　　　　**ESBROOK P.C.**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Scott J. Leonhardt*
　　　　　　　　　　　　　　　　　　　　　　　Scott J. Leonhardt (DE 4885)
　　　　　　　　　　　　　　　　　　　　　　　Katherine R. Welch (DE 7347)
　　　　　　　　　　　　　　　　　　　　　　　1000 N. West Street
　　　　　　　　　　　　　　　　　　　　　　　Suite 1200
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　(Phone) 302.650.7540

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

2

E-Mail: scott.leonhardt@esbrook.com
E-Mail: katherine.welch@esbrook.com

*Counsel for Samsonico USA, LLC*